IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RHYAN GOLDSMITH** | : | **CIVIL ACTION** |
| v. | : | |
| **LEHIGH VALLEY HOSPITAL, INC., et al** | : | NO.: 21-cv-00703 |

## O R D E R

**AND NOW**, this **2ND** day of **NOVEMBER 2021**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above-captioned case is referred for reassignment for settlement purposes from the calendar of the Honorable Henry S. Perkin, United States Magistrate Judge, to the calendar of the Honorable Marilyn Heffley, United States Magistrate Judge.

FOR THE COURT:

JUAN R. SÁNCHEZ
**Chief Judge**

ATTEST:

*Kate Barkman*
_____
**KATE BARKMAN**
**Clerk of Court**